## In re CHICKEN BROILER ANTITRUST LITIGATION.

### No. 237.

Judicial Panel on Multidistrict Litigation.

March 9, 1976.

## TRANSFER ORDER

Before JOHN MINOR WISDOM, Chairman, and EDWARD WEINFELD, EDWIN A. ROBSON, WILLIAM H. BECKER, JOSEPH S. LORD, III, STANLEY A. WEIGEL, and ANDREW A. CAFFREY, Judges of the Panel.

In light of the fact that all parties generally agree on the desirability of Section 1407 treatment for this litigation, and upon consideration of the papers submitted, the Panel has found that the action listed on the attached Schedule A pending in the Southern District of New York involves common questions of fact with those actions pending in the Northern District of Georgia, and that transfer of this sole action to the Northern District of Georgia for coordinated or consolidated pretrial proceedings will serve the convenience of the parties and their witnesses and further the just and efficient disposition of this litigation.

IT IS THEREFORE ORDERED that the action listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby is, transferred to the Northern District of Georgia and, with the consent of that court, assigned to the Honorable William C. O'Kelley for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 with the actions pending in that district and also listed on the attached Schedule A.

### SCHEDULE A

**Southern District of New York**

| | |
|---|---|
| City of New York, et al. v. Cargill, Inc., et al. | Civil Action No. 75 Civ. 4179 |

**Northern District of Georgia**

| | |
|---|---|
| The State of Connecticut v. National Broiler Marketing Assn., et al. | Civil Action No. C74–1257A |
| Purity Supreme, Inc. v. National Broiler Marketing Assn., et al. | Civil Action No. C74–1557A |
| State of Rhode Island v. National Broiler Marketing Assn., et al. | Civil Action No. C74–1594A |
| State of Florida v. National Broiler Marketing Assn., et al. | Civil Action No. C74–1595A |
| State of Colorado v. National Broiler Marketing Assn., et al. | Civil Action No. C74–1632A |
| Commonwealth of Virginia v. National Marketing Assn., et al. | Civil Action No. C74–1654A |
| State of Alabama v. National Broiler Marketing Assn., et al. | Civil Action No. C74–1783A |
| State of Missouri v. National Broiler Marketing Assn., et al. | Civil Action No. C74–1829A |
| State of Iowa v. National Broiler Marketing Assn., et al. | Civil Action No. C74–2032A |
| The State of New York v. National Broiler Marketing Assn., et al. | Civil Action No. C74–2044A |
| Ambassador East Hotel, et al. v. National Marketing Assn., et al. | Civil Action No. C74–2204A |
| State of Oklahoma v. National Broiler Marketing Assn., et al. | Civil Action No. C74–2131A |
| State of Michigan v. National Broiler Marketing Assn., et al. | Civil Action No. C74–2366A |
| Commonwealth of Pennsylvania v. National Broiler Marketing Assn., et al. | Civil Action No. C74–2330A |
| State of Kentucky v. National Broiler Marketing Assn., et al. | Civil Action No. C75–70A |
| State of Ohio v. National Broiler Marketing Assn., et al. | Civil Action No. C75–71A |
| State of Louisiana v. National Broiler Marketing Assn., et al. | Civil Action No. C75–152A |
| State of New Jersey v. National Broiler Marketing Assn., et al. | Civil Action No. C75–362A |
| Louis Migliaccio, et al. v. National Broiler Marketing Assn., et al. | Civil Action No. C75–1079A |
| State of Illinois v. National Broiler Marketing Assn., et al. | Civil Action No. C75–1294A |
| Kentucky Fried Chicken of Mattoon, Ill., Inc. v. National Broiler Marketing Assn., et al. | Civil Action No. C75–1293A |
| Bal Harbour Hotel Corp., et al. v. National Broiler Marketing Assn., et al. | Civil Action No. C74–2204A |